DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JAVIER PALOALTO-RIVERA


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | NO. CR.S-10-368-GEB |
|                 Plaintiff,     )  )  ) | **STIPULATION AND ORDER;** |

UNITED STATES OF AMERICA,       )   NO. CR.S-10-368-GEB
                                )
                Plaintiff,      )
                                )   **STIPULATION AND ORDER;**
        v.                      )      **CONTINUING STATUS CONFERENCE**
                                )         **AND EXCLUDING TIME**
JAVIER PALOALTO-RIVERA,         )
                                )   Date:  November 5, 2010
                Defendant.      )   Time:  9:00 a.m.
_____ )   Judge: Hon. Garland E. Burrell Jr.


IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for JAVIER PALOALTO-RIVERA, that the status conference hearing date of October 29, 2010 be vacated, and the matter be set for status conference on November 5, 2010 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to receive the "Alien Pre-Plea PSR" and then to review it with the defendant.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including November 5, 2010 pursuant to 18 U.S.C.

1  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

2  T4 based upon continuity of counsel and defense preparation.

3

4  DATED:  October 28, 2010.                Respectfully submitted,

5                                           DANIEL J. BRODERICK
                                            Federal Public Defender

6

7                                           /s/ Caro Marks
                                            CARO MARKS

8                                           Designated Counsel for Service
                                            Attorney for Javier Paloalto-Rivera

9

10 DATED:  October 28, 2010.                BENJAMIN WAGNER
                                            United States Attorney

11

12

13                                          /s/ Caro Marks for
                                            MICHELE BECKWITH

14                                          Assistant U.S. Attorney
                                            Attorney for Plaintiff

15

16

17                              ORDER

18      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

19 ordered that the October 29, 2010,  status conference hearing be

20 continued to November 5, 2010, at 9:00 a.m.  Based on the

21 representation of defense counsel and good cause appearing there from,

22 the Court hereby finds that the failure to grant a continuance in this

23 case would deny defense counsel reasonable time necessary for effective

24 preparation, taking into account the exercise of due diligence.  The

25 Court finds that the ends of justice to be served by granting a

26 continuance outweigh the best interests of the public and the defendant

27 in a speedy trial.  It is ordered that time up to and including the

28 November 5, 2010 status conference shall be excluded from computation

of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   October 28, 2010

GARLAND E. BURRELL, JR.
United States District Judge

3