DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JAVIER PALOALTO-RIVERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>  v.<br><br>JAVIER PALOALTO-RIVERA,<br><br>             Defendant. | NO. CR.S-10-368-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER;<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date:  December 3, 2010<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney,  and CARO MARKS, attorney for JAVIER PALOALTO-RIVERA, that the status conference hearing date of November 19, 2010 be vacated, and the matter be set for status conference on December 3, 2010 at 9:00 a.m.  The reason for this continuance is that without notice, the defendant was just moved from pretrial detention in Sacramento county Jail to detention in Oroville, in the Butte County Jail. While defense counsel has reviewed his "Alien Pre-Plea Presentence Report" with the defendant, his sudden relocation made it impossible to review the plea agreement with him in time for his November 19 hearing. Therefore, a continuance is necessary to give defense counsel time to travel to

Butte County with an interpreter, and review the plea agreement with the defendant.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including November 19, 2010 pursuant to 18 U.S.C. §3161(h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: November 19, 2010.                Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Public Defender


                                         /s/ Caro Marks
                                         CARO MARKS
                                         Designated Counsel for Service
                                         Attorney for Javier Paloalto-Rivera

DATED: November 19, 2010.                BENJAMIN WAGNER
                                         United States Attorney


                                         /s/ Caro Marks for
                                         MICHELE BECKWITH
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff


                                ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the November 19, 2010, status conference hearing be continued to December 3, 2010, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective

preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the December 3, 2010 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   November 19, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge