1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   CARO MARKS, Bar #159267
    Designated Counsel for Service
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    JAVIER PALOALTO-RIVERA

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  NO. CR.S-10-368-GEB
                                     )
12                 Plaintiff,        )
                                     )  **STIPULATION AND [PROPOSED] ORDER;**
13        v.                         )     **CONTINUING STATUS CONFERENCE**
                                     )        **AND EXCLUDING TIME**
14  JAVIER PALOALTO-RIVERA,          )
                                     )  Date:  December 10, 2010
15                 Defendant.        )  Time:  9:00 a.m.
    _____ )  Judge: Hon. Garland E. Burrell Jr.

16       IT IS HEREBY STIPULATED by and between the parties hereto through

17  their respective counsel, MICHELE BECKWITH, Assistant United States

18  Attorney,  and CARO MARKS, attorney for JAVIER PALOALTO-RIVERA, that

19  the status conference hearing date of December 3, 2010 be vacated, and

20  the matter be set for status conference on December 10, 2010 at 9:00

21  a.m.  The reason for this continuance is that without notice, the

22  defendant was just moved from pretrial detention in Sacramento County

23  Jail to detention in Oroville, in the Butte County Jail. While defense

24  counsel has reviewed his "Alien Pre-Plea Presentence Report" with the

25  defendant, his sudden relocation made it impossible to review the plea

26  agreement with him in time for his December 3 hearing. Therefore, a

27  continuance is necessary to give defense counsel time to travel to

28

1  Butte County with an interpreter, and review the plea agreement with

2  the defendant.

3      Based upon the foregoing, the parties agree that the time under

4  the Speedy Trial Act should be excluded from the date of signing of

5  this order through and including December 10, 2010 pursuant to 18

6  U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local

7  Code T4 based upon continuity of counsel and defense preparation.

8
   DATED:  November 24, 2010.                Respectfully submitted,
9
                                             DANIEL J. BRODERICK
10                                           Federal Public Defender

11

12                                           /s/ Caro Marks
                                             CARO MARKS
13                                           Designated Counsel for Service
                                             Attorney for Javier Paloalto-Rivera
14

15 DATED:  November 24, 2010.                BENJAMIN WAGNER
                                             United States Attorney
16

17
                                             /s/ Caro Marks for
18                                           MICHELE BECKWITH
                                             Assistant U.S. Attorney
19                                           Attorney for Plaintiff

20

21

22                              ORDER

23     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

24 ordered that the December 3, 2010, status conference hearing be

25 continued to December 10, 2010, at 9:00 a.m.  Based on the

26 representation of defense counsel and good cause appearing therefrom,

27 the Court hereby finds that the failure to grant a continuance in this

28 case would deny defense counsel reasonable time necessary for effective

                                   2

1  preparation, taking into account the exercise of due diligence.  The

2  Court finds that the ends of justice to be served by granting a

3  continuance outweigh the best interests of the public and the defendant

4  in a speedy trial.  It is ordered that time up to and including the

5  December 10, 2010 status conference shall be excluded from computation

6  of time within which the trial of this matter must be commenced under

7  the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)

8  and Local Code T-4, to allow defense counsel reasonable time to

9  prepare.

10  Dated:  November 24, 2010

12  _____
    GARLAND E. BURRELL, JR.
13  United States District Judge