DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JAVIER PALOALTO-RIVERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | NO. CR.S-10-368-GEB |
| ) | |
| Plaintiff,      ) | |
| ) | **STIPULATION AND [PROPOSED] ORDER;** |
| v.      ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| JAVIER PALOALTO-RIVERA,      ) | |
| ) | Date: January 7, 2011 |
| Defendant.      ) | Time: 9:00 a.m. |
| _____ ) | Judge: Hon. Garland E. Burrell Jr. |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney,  and CARO MARKS, attorney for JAVIER PALOALTO-RIVERA, that the status conference hearing date of December 10, 2010 be vacated, and the matter be set for status conference on January 7, 2011 at 9:00 a.m.

    The reason for this continuance is defense counsel will be unable to attend the currently scheduled status conference due to a family medical emergency out of town.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 7, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

T4 based upon continuity of counsel and defense preparation.

DATED: December 10, 2010.                Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Public Defender


                                         /s/ Caro Marks
                                         CARO MARKS
                                         Designated Counsel for Service
                                         Attorney for Javier Paloalto-Rivera


DATED: December 10, 2010.                BENJAMIN WAGNER
                                         United States Attorney


                                         /s/ Caro Marks for
                                         MICHELE BECKWITH
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff




                                   ORDER

   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 10, 2010, status conference hearing be continued to January 7, 2011, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the January 7, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial

                                   2

Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  December 10, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge